IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ONDRIA HOLMES,<br>　　　　Plaintiff, | CIVIL ACTION |
| v. | |
| AMERICAN HERITAGE FEDERAL<br>CREDIT UNION,<br>　　　　Defendant. | NO. 18-4418 |

# O R D E R

**AND NOW**, this 27th day of February, 2019, upon consideration of Defendant American Heritage Federal Credit Union's Motion to Dismiss Plaintiff's Complaint (Document No. 6, filed December 13, 2018) and Plaintiff's Response in Opposition to Defendant's Partial Motion to Dismiss (Document No. 7, filed December 27, 2018), for the reasons stated in the accompanying Memorandum dated February 27, 2019, **IT IS ORDERED** as follows:

1. That part of defendant's motion seeking to dismiss plaintiff's claims for punitive damages for her ADA retaliation claim and FMLA interference and retaliation claims is **GRANTED**, and those punitive damages claims are **DISMISSED WITH PREJUDICE**.

2. That part of defendant's motion seeking to dismiss plaintiff's FMLA interference and retaliation claims (Count III) and claims for punitive damages for all Title VII claims and her ADA discrimination claim is **DENIED**.

　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　/s/ Hon. Jan E. DuBois
　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**